UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| EARL VENTON BUCHANAN, | ) |
| | ) |
| | ) |
| Plaintiff | ) Case No. 6:11-CV-06088-RTD |
| | ) |
| vs. | ) Judge Dawson |
| | ) |
| | ) |
| RONALD J. BAKER, Individually, | ) |
| PAUL WILLIAMS, Individually, | ) |
| JENNY WILLIAMS, Individually, | ) |
| B & W ENTERPRISES, | ) |
| | ) |
| | ) |
| Defendants | ) |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order (doc. 305) and the agreement of plaintiff, Earl Venton Buchanan ("Buchanan") and defendants, Ronald J. Baker ("Baker"), Paul Williams, Jenny Williams and B&W Enterprises,

IT IS CONSIDERED, ORDERED AND ADJUDGED that:

1. The purported Power of Attorney dated March 3, 2013 from Buchanan to Baker (the "POA") was not signed by Buchanan and is fraudulent and void.

2. All acts of Baker pursuant to the POA are invalid and void.

3. All funds deposited into the registry of the Court pursuant to the Complaint for Interpleader and Declaratory Relief (doc. 69) and Consent Judgment (doc. 72) (the "Funds") are the property of Buchanan.

1

4. Pursuant to Consent Judgment (doc 72), Meracord, LLC and its successor, Evergreen Note Servicing, LLC have deposited funds collected pursuant to contract servicing agreements with Buchanan (the "Agreements") into the registry of the Court. Meracord, LLC and its successor, Evergreen Note Servicing, LLC shall send all future funds collected pursuant to the Agreements to Buchanan at the following address:

> Earl Buchanan
> c/o Marilyn Norrup
> P.O. Box 606
> Norco, CA 92860

5. The Clerk of this Court shall within ten (10) days of entry of this order pay over $261,987.30 and all other deposits in to the registry of the Court in this case from and after September 30, 2014, including all principal and interest, less Clerk's fee of 10% of the interest earned on the deposit, by check payable to *Arkansas IOLTA Account of Davidson Law Firm, Ltd.* at 724 Garland Street, Little Rock, Arkansas 72201.

6. All remaining claims herein of Buchanan against Baker, Paul Williams, Jenny Williams and B&W Enterprises are dismissed with prejudice.

7. The counterclaims of Baker, Paul Williams, Jenny Williams and B&W Enterprises are dismissed with prejudice.

/s/ Barry Bryant
Hon. Barry Bryant
United States Magistrate Judge

Date: October 31, 2014

**Approved by:**

**Davidson Law Firm**
P. O. Box 1300
Little Rock, Arkansas 72203
Phone: 501-374-9977
Facsimile: 501-374-5917
Email: slg@dlf-ar.com

*/s/ Stephen L. Gershner*
Stephen L. Gershner, ABN: 78059
*Attorneys for Plaintiff*

Nick R. Windle
The Law Office of C. Burt Newell
211 Hobson Ave.,
P.O. Box 1620
Hot Springs, AR 71913
Phone: 501-762-0455
Email: nick@hotspringslaw.net
*Attorney for Ronald Clark, Paul Williams,*
*Jenny Williams and B&W Enterprises*